UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANNA WHITEHEAD,

    Plaintiff,

vs.

CASE NO.: 8:22-CV-01482-WFJ-CPT

FLORIDA DELIVERY SERVICES, INC., ,

    Defendant.

_____/

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT**
<u>**AND INCORPORATED MEMORANDUM OF LAW**</u>

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Plaintiff, ANNA WHITEHEAD, by and through undersigned counsel, hereby moves for the entry of a Final Default Judgment against Defendant, FLORIDA DELIVERY SERVICES, INC., and states as follows:

1. On June 28, 2022, Plaintiff, filed a Complaint against Defendants for violations of the Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, as amended by the Civil Rights Act of 1991, 42 U.S.C. §1981a (collectively "Title VII"), the Florida Civil Rights Act §§ 760.01-760.11, Florida Statutes ("FCRA") and the Pregnancy Discrimination Act of 1978 ("PDA"), which amended Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, et. seq., 42 U.S.C. §1981.. *See* "Complaint" [Doc. 1].

2. On July 16, 2022, Defendant, was served with a summons and a Copy of the Complaint. Service of process on the corporation was made pursuant to F.S. 48.081(3)(a). *See* "Affidavit of Service" [Doc. 8].

3. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, and in accordance with Eleventh Circuit precedent, Defendants was required to file, through counsel, a pleading in response to the Complaint within twenty-one (21) days of being served with the Complaint. As a result, Defendant's Answer to the Complaint was due on or before August 8, 2022.

4. On September 12, 2022, Plaintiff filed a Motion for Entry of Default against Defendants. *See* [Doc. 9].

5. On September 13, 2022, Plaintiff's Motion for Entry of Default against the Defendants resulted in the "Entry of Default." *See* [Doc. 10].

6. As of the filing of the instant Motion, the Defendant has still failed to file any motion or pleading in response to the Complaint and have therefore failed to plead or otherwise defend this case as provided by the Federal Rules of Civil Procedure. Accordingly, Plaintiff, pursuant to the Court's Endorsed Order [Doc. 11] now files a Motion for a Default Final Judgment requesting a judgment in her favor and against the Defendant.

## **MEMORANDUM OF LAW**

Federal Rule of Civil Procedure 55(b)(2), reads as follows regarding entry of Default Judgments:

(2) *By the Court.* In all other cases, the party must apply to the court for a default judgment. A default judgment may be entered against a minor or incompetent person only if represented by a general guardian, conservator, or other like fiduciary who has appeared. If the party against whom a default judgment is sought has appeared personally or by a representative, that party or its representative must be served with written notice of the application at least 7 days before the hearing. The court may conduct hearings or make referrals—preserving any federal statutory right to a jury trial—when, to enter or effectuate judgment, it needs to:
(A) conduct an accounting;
(B) determine the amount of damages;
(C) establish the truth of any allegation by evidence; or
(D) investigate any other matter.

In this instant matter, the Clerk entered a Default against the Defendant based upon Defendant's failure to file an Answer or responsive pleading within twenty-one (21) days of being served with Plaintiff's Complaint. Therefore, the allegations contained Plaintiff's Complaint are deemed to be admitted by the Defendant. As the prevailing party, Plaintiff is entitled to a Default Final Judgment against the Defendant in the amount of $80,000.00 for damages and $483.62 for attorney's costs. Moreover, Plaintiff and her counsel have provided Affidavits in support of this Motion and the sums requested herein for the Court's consideration. WHEREFORE, the Plaintiff hereby respectfully request this Court enter a Default Final Judgment against Defendant, in the amount of $80,000.00, plus attorney's costs in the amount of $483.62, and grant and all such other relief as the Court deems just and appropriate.

Dated this __7th____ day of November, 2022.

                                 Respectfully submitted,

                                 <u>s/ Edward W. Wimp</u>
                                 Edward W. Wimp, Esquire – LEAD COUNSEL
                                 FBN: 1015586
                                 Anthony J. Hall, Esquire
                                 FBN: 0040924
                                 THE LEACH FIRM, P.A.
                                 631 S. Orlando Ave., Suite 300
                                 Winter Park, FL 32789
                                 Telephone: (407) 574-4999
                                 Facsimile: (833) 813-7513
                                 Email: ewimp@theleachfirm.com
                                 Email: ahall@theleachfirm.com

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this __7th__ day of November 2022, I filed the foregoing document using the CMECF system. A notice of electronic filing and the foregoing we also sent by first-class mail to the following non CM/ECF participants: FLORIDA DELIVERY SERVICES, INC., Srinivas R. Nelluri, Registered Agent, 17817 Arbor Creek Dr., Tampa, FL 33647.

                                 **/s/ Edward W. Wimp** _____
                                 Edward W. Wimp, Esq.